CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 2 3 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES ROCKETT, | ) |
| Plaintiff, | ) Case No. 7:09CV00231 |
| v. | ) **FINAL ORDER** |
| FEDERAL BUREAU OF PRISONS, | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); the pending motion for in forma pauperis is **DISMISSED** as moot; and the action is stricken from the active docket of the court.

ENTER: This 23rd day of June, 2009.

_____
United States District Judge